Meghan LAPETINA

v.

**PAWTUCKET MUTUAL INSURANCE COMPANY.**

No. 91–182–Appeal.

Supreme Court of Rhode Island.

Nov. 14, 1991.

Donald D. Page, Lynch & Greenfield, Providence, for plaintiff.

Richard A. VanTienhoven, Gunning, LaFazia & Gnys, Inc., Providence, for defendant.

### ORDER

This case came before the court for oral argument November 7, 1991, pursuant to an order which had directed both parties to appear to show cause why the issues raised in this appeal should not be summarily decided.

After hearing the arguments of counsel and examining the memoranda filed by the parties, we are of the opinion that the trial justice was correct in determining that G.L.1956 (1989 Reenactment) § 27–7–2.2 was not applicable to the facts or issues in the case at bar.

Consequently, the plaintiff's appeal is hereby denied and dismissed. The ruling of the Superior Court in dismissing the plaintiff's action is affirmed.

**TOWN OF EXETER**

v.

**MARATHON OF R.I., INC. et al.**

No. 91–95–A.

Supreme Court of Rhode Island.

Nov. 21, 1991.

Donald Page, Providence, for plaintiff.

John L.P. Bregut, Dept. of MHRH, Frank J. Williams, Caroline Cole Cornwell, Sp. Asst. Atty. Gen., Providence, for defendant.

### ORDER

On November 19, 1991, the plaintiff, by its counsel, appeared before a panel of this court to show cause why its appeal from a Superior Court order dismissing its complaint against the defendants should not be denied and dismissed.

After consideration of arguments and memoranda of counsel, the court is of the opinion that cause has not been shown. The ordinance amendments were invalid because the town of Exeter did not comply with the notice requirements. The decision of the trial justice is affirmed. We note, however, that the Superior Court had proper subject matter jurisdiction.

The plaintiff's appeal is therefore denied and dismissed.

MURRAY and SHEA, JJ., did not participate.